# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### STATESBORO DIVISION

CLERK
SO. DIST. OF GA.

2014 DEC ...

U.S. DISTRICT COURT
SAVANNAH DIV.

FILED

... 11: 29

GEORGE WALTER KIRKLAND,      :

    Petitioner,      :

    v.      :      CIVIL ACTION NO.: CV614-080

    :

BRUCE CHATMAN, Warden,      :
and THE STATE OF GEORGIA,      :

    Respondents.      :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Respondent's Motion to Dismiss is **GRANTED**. Kirkland's Petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, is **DISMISSED**, without prejudice, due to his failure to exhaust his available state remedies. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 11th day of _Dec._, 2014.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)