# United States District Court
## Southern District of Georgia

George Walter Kirkland

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV614-80

STATE OF GEORGIA et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated December 11, 2014, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case without prejudice. This action stands closed.



December 11, 2014  
Date

Scott L. Poff  
Clerk

(By) Deputy Clerk